IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANDREW JACKSON**                                                                          **PLAINTIFF**
**ADC #166861**

**v.**                        **CASE NO. 2:21-CV-00059-BSM**

**GAYLON LAY**, *et al*.                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 19th day of July, 2021.

                                                                        /s/ Brian S. Miller
                                                          UNITED STATES DISTRICT JUDGE